UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,                                          Civil Action No. 15-CV-11138

vs.                                             HON. BERNARD A. FRIEDMAN

KEVIN NANNINI,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND**
**TIME TO SERVE DEFENDANT WITH PROCESS**

This matter is presently before the Court on plaintiff's motion for an extension of time within which to serve defendant with process [docket entry 11]. For cause shown, the motion is granted. The summons in this matter is extended until August 23, 2015, and plaintiff must serve defendant with process by that date.

        SO ORDERED.


                                                  _s/ Bernard A. Friedman__
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 30, 2015
       Detroit, Michigan