IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                     Civil Action No. 2:15-cv-11138-BAF-RSW

KEVIN NANNINI,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF KEVIN NANNINI

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Kevin Nannini ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Kevin Nannini was assigned the IP address 107.5.162.183. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Kevin Nannini has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 18, 2015

                                                  Respectfully submitted,

                                                  By: /s/ *Paul J. Nicoletti*
                                                  Paul J. Nicoletti
                                                  pauljnicoletti@gmail.com
                                                  NICOLETTI LAW, PLC
                                                  33717 Woodward Avenue, Suite #433
                                                  Birmingham, Michigan 48009
                                                  Phone: (248) 203-7800
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: /s/ *Paul J. Nicoletti*
                                                    Paul J. Nicoletti